B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green Builders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Cole Computer Corp.; aka Wilson Holdings, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **76-0547762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 Wild Basin Road South**<br>**Suite 300**<br>**Austin, TX**  ZIP CODE **78746** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.11.1, ID 1321679355)*

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Green Builders, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **Wilson Family Communities, Inc.** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Green Builders, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Stephen A. Roberts**

**Stephen A. Roberts**     Bar No. **17019200**

**Strasburger & Price, L.L.P.**
**Suite 1600**
**600 Congress Avenue**
**Austin, TX 78701-3288**

Phone No. **(512) 499-3600**     Fax No. **(512) 499-3660**

8/12/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Green Builders, Inc.**

X **/s/ William E. Weber**
Signature of Authorized Individual

**William E. Weber**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**8/12/2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Green Builders, Inc.**  Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| LC Capital Master Fund, Ltd.<br>680 Fifth Avenue<br>Suite 1202<br>New York, NY 10019 | | Loan | | **$8,460,005.41** |
| Grandview L.L.C.<br>666 Fifth Avenue<br>8th Floor<br>New York, NY 10103 | | Loan | | **$3,950,003.01** |
| John Gorman 401K<br>8226 Bee Caves Road<br>Austin, TX 78746 | | Loan | | **$2,029,000.96** |
| U.S.A. Fund<br>233 East Redwood Street<br>Suite 100<br>Baltimore, MD 21202 | | Loan | | **$1,692,501.21** |
| MILFAM I, L.P.<br>4550 Gordon Drive<br>Naples, FL 34102 | | Trade Debt | | **$563,750.30** |
| Kenneth G. Tropin Revocable Trust<br>40 Highland Avenue<br>Rowayton, CT 06853 | | Trade Debt | | **$562,500.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Green Builders, Inc.**                                                   Case No.

                                                                                   Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Arch Alpin<br>327 Hwy 2004<br>Lake Jackson, TX 77566 | | Trade Debt | | **$452,000.48** |
| Gerald Lindenmuth<br>510 Hearn Street<br>Austin, TX 78703 | | Trade Debt | | **$282,500.30** |
| Stephan Baden<br>PO Box 770071<br>Steamboat Springs, CO 80477 | | Trade Debt | | **$113,000.12** |
| Justin B. Lynch<br>600 Coquina Lane<br>Austin, TX 78746 | | Trade Debt | | **$113,000.12** |
| John Ramming<br>16409 Bratton Lane<br>Austin, TX 78728 | | Trade Debt | | **$113,000.12** |
| Powell, Ebert & Smolik<br>515 Congress Avenue<br>20th Floor<br>Austin, TX 78701 | | Accountant Fees | | **$20,980.00** |
| Ethics Point, Inc.<br>Dept. CH 19011<br>Palatine, IL 60055 | | Trade Debt | | **$4,600.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Green Builders, Inc.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| G1440<br>2031 Clipper Park Road<br>Suite 105<br>Baltimore, MD 21211 | | Trade Debt | | $2,625.00 |
| Andrews Kurth, LLP<br>PO Box 201785<br>Houston, TX 77216 | | Attorney Fees | | $2,601.28 |
| Hohmann Taube & Summers<br>100 Congress Ave., 18th Floor<br>Austin, TX 78701 | | Attorney Fees | | $2,375.41 |
| Time Warner<br>PO Box 172567<br>Denver, CO 80217 | | Trade Debt | | $2,091.45 |
| Pointserve<br>110 Wild Basin Road South<br>Suite 300<br>Austin, TX 78746 | | Rent | | $2,000.00 |
| Price Waterhouse Coopers<br>PO Box 676384<br>Dallas, TX 75267 | | Fees | | $1,581.00 |
| Motivational Systems<br>2200 Cleveland Avenue<br>National City, CA 91950 | | Trade Debt | | $873.75 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: **Green Builders, Inc.**            Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/12/2011**          Signature: **/s/ William E. Weber**
                                                                     *William E. Weber*
                                                                     **President**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **Green Builders, Inc.**          CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/12/2011      Signature  /s/ William E. Weber
*William E. Weber*
*President*

Date _____      Signature _____

Andrews Kurth, LLP
PO Box 201785
Houston, TX 77216


Arch Alpin
327 Hwy 2004
Lake Jackson, TX 77566


Balcones Shred
1101 East 11th Street
Austin, TX 78702


Clark Wilson
5312 Park Hollow Lane
Austin, TX 78746


Ethics Point, Inc.
Dept. CH 19011
Palantine, IL 60055


G1440
2031 Clipper Park Road
Suite 105
Baltimore, MD 21211


Gerald Lindenmuth
510 Hearn Street
Austin, TX 78703


Grandview L.L.C.
666 Fifth Avenue
8th Floor
New York, NY 10103


Hohmann Taube & Summers
100 Congress Ave., 18th Floor
Austin, TX 78701

Internal Revenue Service
Special Procedures Staff - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


John Gorman 401K
8226 Bee Caves Road
Austin, TX 78746


John Ramming
16409 Bratton Lane
Austin, TX 78728


Justin B. Lynch
600 Coquina Lane
Austin, TX 78746


Kenneth G. Tropin Revocable Trust
40 Highland Avenue
Rowayton, CT 06853


LC Capital Master Fund, Ltd.
680 Fifth Avenue
Suite 1202
New York, NY 10019


Matthew S. Okin
Okin Adams & Kilmer, LLP
1113 Vine St., Suite 201
Houston, TX 77002


MILFAM I, L.P.
4550 Gordon Drive
Naples, FL 34102


Motivational Systems
2200 Cleveland Avenue
National City, CA 91950

Pointserve
110 Wild Basin Road South
Suite 300
Austin, TX 78746


Powell, Ebert & Smolik
515 Congress Avenue
20th Floor
Austin, TX 78701


Price Waterhouse Coopers
PO Box 676384
Dallas, TX 75267



Stephan Baden
PO Box 770071
Steamboat Springs, CO 80477



Technology Point
2251 Double Creek Drive
Building 2, Suite 201
Round Rock, TX 78664


Time Warner
PO Box 172567
Denver, CO 80217



U.S. Trustee
Western District of Texas
903 San Jacinto
Suite 230
Austin, TX 78701

U.S.A. Fund
233 East Redwood Street
Suite 100
Baltimore, MD 21202

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  CHAPTER **11**
**Green Builders, Inc.**

DEBTOR(S)  CASE NO

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Bradley Scott Wilson 1993 Trust<br>5312 Park Hollow<br>Austin, TX 78746 | Common | 333,333.00 | |
| Cede & Co.<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | Common | 8,639,581.00 | |
| Clark N. Wilson Holdings, Inc.<br>5312 Park Hollow<br>Austin, TX 78746 | Common | 12,460,826.00 | |
| Dr S F Hartley<br>112 W. Pasadena Blvd.<br>Deer Park, TX 77536 | Common | 5,146.00 | |
| Dyon Tang<br>2020 N 72nd St.<br>Omaha, NE 38134 | Common | 2,858.00 | |
| Genesis Marketing Neutral Partners, LP<br>13606 T I Blvd.<br>Dallas, TX 75243 | Common | 692.00 | |
| John L. Ruth<br>6201 SB 56th<br>Oklahoma City, OK 73135 | Common | 572.00 | |
| Lindsey May Kathryn Wilson 1995 Trust<br>5312 Park Hollow<br>Austin, TX 78746 | Common | 333,333.00 | |
| Michael Wolf<br>201 Lavaca Street, Apt. 412<br>Austin, TX 78701 | Common | 657,690.00 | |
| Taylor Wilson Revocable Trust<br>5312 Park Hollow<br>Austin, TX 78746 | Common | 333,334.00 | |
| The Rock Assembly of God Church<br>112 W. Pasadena Blvd.<br>Deer Park, TX 77536 | Common | 1,143.00 | |
| Victor Ayad<br>2100 Hartford<br>Austin, TX 78703 | Common | 80,000.00 | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: CHAPTER **11**
**Green Builders, Inc.**

DEBTOR(S) CASE NO

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/12/2011**           Signature: **/s/ William E. Weber**
                                          *William E. Weber*
                                          **President**